**IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Civil Action No. 1-25-cv-1424

SEDIMENT BUSTER, LLC

      Plaintiff,

          v.

      Guolin Ma

      Defendant.

---

**VERIFIED COMPLAINT**

---

Plaintiff Sediment Buster, LLC ("Plaintiff"), by and through its undersigned counsel, alleges as follows:

### NATURE OF THE ACTION

1. This is an action for willful trademark infringement, reverse palming off, and copyright infringement arising from Defendant's unauthorized use and exploitation of Plaintiff's federally registered trademarks and original copyrighted works in connection with the manufacture, marketing, and sale of counterfeit goods via online retail platforms, including Amazon.com.

2. Plaintiff seeks injunctive relief, damages, disgorgement of Defendant's ill-gotten profits, statutory damages, treble damages for willful conduct, attorneys' fees, and costs pursuant to the Lanham Act, 15 U.S.C. §§ 1114, 1125, and the Copyright Act, 17 U.S.C. § 501 *et seq.*

1

**JURISDICTION AND VENUE**

3.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121, as it involves claims arising under federal trademark and copyright law.

4.  This Court has personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2) because Defendant has directed infringing activities toward residents of the United States, including this District, via interactive commercial websites, and has caused Plaintiff injury in this jurisdiction.

5.  Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a) because a substantial part of the acts giving rise to Plaintiff's claims occurred in this District and Defendant conducts business in this District through online sales accessible to consumers located here.

6.  As an additional basis for venue in this Court, the Defendant has consented to venue in any judicial district in the United States where Amazon may be found. Upon information and belief, Amazon conducts business within the State of Colorado.

**THE PARTIES**

7.  Plaintiff Sediment Buster is Florida limited liability company is organized under the laws of the State of Florida, with its principal place of business at 1502 Rail Head Boulevard, Naples, FL 34110. Plaintiff is a well-established manufacturer and seller of a multi-functional tool for maintaining and cleaning water heaters, marketed under its distinctive and federally registered trademark.

2

8.  Plaintiff is the owner of United States Trademark Registration No. 7394935 (the "Trademark"), covering Plumbing fittings, namely, manually operated device for controlling the injection of fluid into a water heater drain outlet; Plumbing fittings, namely, valves; Manually-operated plumbing valves, with a priority date of November 2023, and registered with the United States Patent and Trademark Office.

9.  Upon information and belief, Defendant Guolin Ma is an individual residing at Building 3, Zhong Gulou Community, Huining County, Baiyin City, Gansu, People's Republic of China , and conducts commercial activities in the United States, including this District, through its online **storefronts** on Amazon.com.

10.  Plaintiff is also the exclusive owner of original copyrighted works, including product designs, packaging artwork, and promotional images associated with its branded goods, registered with the United States Copyright Office under Registration No. VA2443760 (the "Copyrighted Image"):



## FACTUAL BACKGROUND

### <u>Sediment Buster</u>

11. Since releasing its product into the marketplace in 2023, the Plaintiff is a leader in water heater maintenance tools in the United States, and as a result of its success, the consuming public has come to associate "Sediment Buster" with the quality of its product.

12. For approximately two years, the Plaintiff has sold its water heater maintenance tool under the "Sediment Buster" brand.

13. The Sediment Buster product is used by plumbing professionals and lay people to resolve common issues with residential water heaters such as low-pressure hot water, popping noises originating with a water heater, rapid depletion of hot water, discolored hot water and high energy bills.

14. Customers value the ease of use and quality of the materials used to create the Sediment Buster water heater cleaning tool.

15. Plaintiff has developed substantial goodwill and consumer recognition in its Trademark and Copyrighted Image through continuous use and investment in marketing and product quality.

16. The Plaintiff operates the Sediment Buster online store on Amazon.com, where plumbers or lay persons may directly purchase the official and authorized Sediment Buster water heater cleaning tool.

17. The Sediment Buster online store has been successful in the growth of the Plaintiff's business, and the source of at least 80,000 units.

4

18. As a part of its marketing efforts to promote the sale of the Sediment Buster water heater cleaning tool, the Plaintiff has included several photographs of its product from a variety of angles to communicate information about the appearance, shape and size of its product, as well as to communicate to customers information about the proper use of the product.

19. Joel Sprecher is an owner and manager of Sediment Buster.

20. The registered Sediment Buster trademark is found on two locations on the product as demonstrated in the above photograph. One mark is located in white, stylized font on the black portion of the product. The other mark is located in a stylized font on the clear plastic portion at the top of the product.



**Selling Products on an Amazon Store**

21. Amazon.com is an online marketplace that both acts as a seller as well as a marketplace for businesses or individuals to sell products and services on Amazon.com.

5

22. Upon information and belief, Amazon allows user accounts to create merchant accounts that allow the user to sell products and services on the Amazon.com website.

23. Upon information and belief, Amazon assigns a unique ten-digit alphanumeric code called an Amazon Standard Identification Number ("ASIN") to each product offered for sale on Amazon's website.

24. The ASIN for the Sediment Buster water heater cleaning product is B0CNN19BTM.

### **The Defendant**

25. At some time prior April 15, 2025, the Defendant opened its Amazon.com store.

26. On its Amazon store, the Defendant sells products to customers in the United States, including customers located within this judicial district.

27. On or about April 15, 2025, Mr. Sprecher logged into the Amazon brand registry and performed a search of the image identified above.

28. The Amazon brand registry system is a service offered by Amazon that allows users to search for an image across Amazon's website. This allowed Mr. Sprecher to find other vendors, including the Defendant, who used the above Sediment Buster picture on their Amazon store.  Defendant's Amazon store.

29. The brand registry searching tool is useful because it led Mr. Sprecher to discover use of the Sediment Buster's photograph on Amazon stores where the vendor, like the Defendant, had posted an image that removed Sediment Buster's registered trademark.

30. While reviewing the Defendant's Amazon store, Mr. Sprecher noticed that the Defendant's online listings contained the following image (the "Infringing Image"):

6



31. The Infringing Image is substantially similar to the Copyrighted Image, with the exceptions that the Infringing Image has had the registered trademarks of Sediment Buster removed from two locations on the product and the packaging, other text and a QR code that links to instructions on using the product has been removed from Sediment

32. The Copyrighted Image was published on the Plaintiff's Amazon store as well on its own website, www.sedimentbuster.com.

33.  The Copyrighted Image additionally demonstrates evidence that the Defendant has infringed Plaintiff's U.S. federal trademark rights.

34. The Copyrighted Image demonstrates the Plaintiff's Sediment Buster water heater cleaning tool, with the Plaintiff's Sediment Buster registered trademark on both the product and the packaging.

35. The Infringing Image found on the Defendant's Amazon listings, however, shows the Defendant's removal of the Plaintiff's registered trademarks on its product and product packaging.

36. The removal of the Plaintiff's registered trademark was intended to conceal infringement on the part of the Defendant.

37. The Plaintiff has not authorized, licensed, or consented to the Defendant's use of the Plaintiff's copyrighted image or federal trademark registration.

38. Additionally, the Plaintiff has not authorized, licensed, or consented to the Defendant altering or modifying the Plaintiff's copyright-protected image, or removing the Plaintiff's registered trademark from the product and product packaging.

39. Without authorization, license, or consent, Defendant has engaged in the manufacture, importation, advertisement, offer for sale, and sale of counterfeit products bearing Plaintiff's Trademark and reproducing Plaintiff's Copyrighted Image via Amazon.com and other channels of trade.

**Commencement of Amazon Dispute Process**

40. Following discovery of the Defendant's infringing activities on Amazon.com, on or about April 15, 2025, Joel Sprecher, on behalf of the Plaintiff notified Amazon of the infringement by submitting claims under the Digital Millennium Copyright Act through Amazon's dispute resolution process.

41. Amazon assigned Complaint ID 17607847921 to the complaint submitted on behalf of the Plaintiff.

42. The Amazon dispute identified ASIN B0F5D1QQTN and B0F5D79K8G as the ASINs at issue.

8

43. In its response, the Defendant stated that:

    a. The Defendant stated that its full legal name is Guolin Ma

    b. The Defendant stated that its email address is 18189436065@163.com

    c. The Defendant stated that its address is Building 3, Zhong Gulou Community, Huining County, Baiyin City, Gansu, China Province

44. Defendant's counterfeit goods are materially indistinguishable from Plaintiff's genuine products and are marketed to U.S. consumers under the false pretense that they originate from, are authorized by, or are otherwise affiliated with Plaintiff.

45. Defendant's infringing conduct includes, upon information and belief, reverse palming off by removing or altering Plaintiff's Trademark and falsely presenting Plaintiff's copyrighted materials and product imagery as originating from Defendant.

46. Defendant's actions are likely to cause, and have caused, confusion, mistake, and deception among consumers as to the origin, sponsorship, and affiliation of Defendant's goods.

47. The Defendant's actions have additionally diluted the value and reputation of the Plaintiff's federal trademark registration.

48. Upon information and belief, the Plaintiff has received complaints from consumers who have purchased a water heater product from infringers such as the Defendant regarding the poor quality of infringing products, and who have confused the Plaintiff for the Defendant.

49. Defendant's conduct is willful, deliberate, and undertaken with actual knowledge of Plaintiff's rights and with the intent to trade upon Plaintiff's substantial goodwill and reputation.

## CLAIMS FOR RELIEF
### COUNT I
### <u>Trademark Infringement (15 U.S.C. § 1114)</u>

50. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs as though fully set forth herein.

51. Defendant's unauthorized use of Plaintiff's federally registered Trademark in commerce in connection with the sale and distribution of counterfeit products constitutes trademark infringement under 15 U.S.C. § 1114.

52. Defendant's infringing acts have caused, and will continue to cause, irreparable harm to Plaintiff's reputation, goodwill, and business interests unless enjoined.

53. Plaintiff is entitled to injunctive relief, an accounting of Defendant's profits, actual damages, statutory damages, treble damages, attorneys' fees, and costs under 15 U.S.C. §§ 1116 and 1117.

### COUNT II
### <u>Reverse Palming Off (15 U.S.C. § 1125(a))</u>

54. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs as though fully set forth herein.

55. The Defendant has offered for sale products and packaging identical to those of the Plaintiff with the exception that that the Defendant has removed Plaintiff's registered trademark and other text from Plaintiff's packaging and product.

56. Defendant has engaged in reverse palming off by advertising, offering for sale, and distributing goods incorporating Plaintiff's Copyrighted Works and/or products originally produced by Plaintiff, while falsely presenting them as Defendant's own.

57. Defendant's conduct constitutes unfair competition and reverse palming off in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

10

58. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered and will continue to suffer irreparable harm, for which Plaintiff is entitled to injunctive relief, monetary damages, Defendant's profits, and attorneys' fees.

## COUNT III
## Copyright Infringement (17 U.S.C. § 501)

59. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs as though fully set forth herein.

60. Plaintiff's Copyrighted Image is original, fixed in a tangible medium of expression, and registered with the United States Copyright Office, under copyright registration VA2443760.

61. Defendant, without authorization, has copied, reproduced, displayed, distributed, and otherwise exploited Plaintiff's Copyrighted Works in commerce.

62. Defendant's infringement is willful and in reckless disregard of Plaintiff's rights under the Copyright Act.

63. As a result of Defendant's conduct, Plaintiff has suffered actual and statutory damages, and is entitled to injunctive relief, impoundment, destruction of infringing goods, disgorgement of profits, and attorneys' fees under 17 U.S.C. §§ 502–505.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant as follows:

A. Granting preliminary and permanent injunctive relief enjoining Defendant and all persons acting in concert with it from infringing Plaintiff's trademark and copyrighted works;

11

B. Ordering Defendant to deliver up for destruction all infringing products, labels, advertising, and promotional materials in its possession or control;

C. Awarding Plaintiff all damages sustained as a result of Defendant's wrongful acts, including statutory damages, treble damages for willful infringement, and disgorgement of Defendant's profits;

D. Awarding Plaintiff its reasonable attorneys' fees and costs of suit; and

E. Awarding such other and further relief as this Court deems just and proper.

Dated this 6th day of May, 2025

WALSH IP LAW

By: s/Thomas P. Walsh, III
Thomas P. Walsh, III
Colo. Reg. No. 39800
7350 E Progress Place, Ste 100
Greenwood Village, CO 80111
Tel. (720) 204-5672

Attorneys for Plaintiff Sediment Buster, LLC

Address of Plaintiff:
1502 Rail Head Boulevard
Naples, FL 34110

12

## <u>VERIFICATION</u>

I, Joel Sprecher, declare under penalty of perjury that the foregoing factual allegations are true and correct to the best of my knowledge, information and belief.

Signed in Castle Rock, Colorado.

_____

Joel Sprecher
Manager, Sediment Buster, LLC

May 6, 2025

_____

Date

13

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sediment Buster, LLC

**(b)** County of Residence of First Listed Plaintiff   Collier County, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Walsh IP law, Thomas P. Walsh, III, 7350 E Progress Pl Ste 100, Greenwood Village, CO 80111 (720) 204-5672

## DEFENDANTS

Guolin Ma

County of Residence of First Listed Defendant   P.R. China
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine Injury Product | | ☒ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 190 Other Contract | Product Liability ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | ☐ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
May 6, 2025

SIGNATURE OF ATTORNEY OF RECORD
s/ Thomas P. Walsh, III

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____